

FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:21-MJ-00310-DUTY |
| v. | |
| Liliana Liceth Aguas Macias | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Federal Indictment
in the District of North Dakota on April 22, 2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about August 2020
in violation of Title 21 U.S.C., Section(s) 846 and 853
to wit: Conspiracy to Possess with Intent to Distribute a Controlled Substance

A warrant for defendant's arrest was issued by: Grand Jury Indictment

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Signed Arrest Warrant and Indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/3/21
               Date

*Brady M. Hoeft*
Signature of Agent

Brady M. Hoeft
Print Name of Agent

DEA
Agency

Special Agent
Title